

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 2 2003

LUTHER D. THOMAS, Clerk
By: _J. Drigg_ Deputy Clerk



| | |
|---|---|
| BIOTECHNE COMPLEX, INC. <br> **Plaintiff** <br><br> v. <br><br> JOSEPH BARRA d/b/a THYMUSKING <br> **Defendant.** | CASE NO.: 1:03 - CV - 0960 **JTC** <br><br> Appearing on behalf of: Joseph Barra <br><br> Defendant <br> (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Stephen L. Anderson , hereby requests permission to appear pro hac vice in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Central District of California , and/or the highest Court of the State of California . *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. *Petitioner* states that (he/she) has provided fully all information requested on the reverse side of this application. *Petitioner* designates Elizabeth Ann Morgan as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 23rd day of May , 20 03.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Elizabeth A. Morgan , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This 2nd day of June , 20 03.

522206
Georgia Bar Number

404-888-4000
Business Telephone

Address)

Zip)

Address)

_____
Signature of Local Counsel

Hunton & Williams (Law Firm)

600 Peachtree Street NE (Business

Atlanta, GA 30308-2216 (City, State,

_____ (Mailing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 26 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk



1:03-CV-0960
_____
**Civil/Criminal Action Number**

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, *Petitioner's* request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 26th day of June, 2003.

_____
UNITED STATES DISTRICT JUDGE
Jack Camp

\*\*\*

**NAME OF PETITIONER:** Stephen L. Anderson

**Residence Address:**
22292 Barbera    Laguna Hills, CA   92653

**Business Address :** Anderson and Associates
Firm/Business Name

610 Newport Center Drive, Suite 450     Newport Beach, CA   92660
Street Address                                                    City          State       Zip Code

_____

Mailing Address if Other Than Street Address

949-640-1120

_____

Telephone Number (include area code)

**COURTS TO WHICH ADMITTED (Identify Court and Location)**

All Courts within the State of California - Dec. 1990 - present

United States District Court for the Central Dist. of Calif. March 1991 - present

United States District Court for the District of New Jersey - PRO HAC VICE May 2003 - present in the matter of 03 CV 1003 (WHW): Checkers Alive Games Ltd. v. Pressman Toy Corporation, et.al.